UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARMANDO RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 5:17-cv-02300-JDE<br><br>JUDGMENT |

　　In accordance with the Memorandum Opinion and Order filed herewith,

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings consistent with the Court's Order.

DATED: July 16, 2018

　　　　　　　　　　　　　　　　　　　／s／ John D. Early
　　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge