UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARMANDO RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 5:17-CV-02300-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

　　Based upon the parties' Stipulation (Dkt. 20), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $3,500 under 28 U.S.C. § 2412 and no costs under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: September 12, 2018

　　　　　　　　　　　　　　　　　　/s/ John D. Early
　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　United States Magistrate Judge